

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANSCHUTZ ENTERTAINMENT GROUP, INC.,<br><br>　　　　　Defendant. | ECF CASE<br><br>No.: 1:19-cv-1242 (SJ)(CLP) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing his/its own fees and costs.

Dated: December **18** 2019　　　　　　　　Dated: December 17, 2019
　　　　New York, New York　　　　　　　　　　　　　New York, New York

_____　　　　　　　_____
Douglas B. Lipsky, Esq.　　　　　　　　　　Sean J. Kirby
LIPSKY LOWE LLP　　　　　　　　　　　　SHEPPARD, MULLIN, RICHTER &
420 Lexington Avenue, Suite 1830　　　　　HAMPTON, LLP
New York, New York 10170-1830　　　　　30 Rockefeller Plaza, 39th Floor
doug@lipskylowe.com　　　　　　　　　　New York, New York 10112
212.392.4772　　　　　　　　　　　　　　skirby@sheppardmullin.com
*Attorneys for Plaintiff*　　　　　　　　　　212.653.8700
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

SO ORDERED
On this __4__ day of March 2020

s/ Sterling Johnson, Jr.
STERLING JOHNSON, JR., U.S.D.J.